# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| JIMMIE L. WASHINGTON,<br>Plaintiff | Case No. 1:12-cv-628 |
| vs | Beckwith, J.<br>Litkovitz, M.J. |
| C/O JOHN MCCOY,<br>Defendant | **ORDER** |

Plaintiff, a prisoner in state custody at the Southern Ohio Correctional Facility (SOCF) in Lucasville, Ohio, brings this civil rights action under 42 U.S. § 1983 against John McCoy, a correctional officer at SOCF. This matter is before the Court for a *sua sponte* review of the complaint to determine whether the complaint, or any portion thereof, should be dismissed as frivolous, malicious, for failure to state a claim upon which relief may be granted, or because it seeks monetary relief from a defendant who is immune from such relief. *See* Prison Litigation Reform Act of 1995 § 804, 28 U.S.C. § 1915(e)(2)(B); § 805, 28 U.S.C. § 1915A(b).

Plaintiff, who is proceeding *pro se*, alleges a claim of excessive use of force by the defendant based on an incident that occurred at SOCF on or about February 6, 2012. At this juncture, the Court concludes that this action may proceed. *See* 28 U.S.C. § 1915A(b).

It is **ORDERED** that plaintiff shall serve upon defendant or, if appearance has been entered by counsel, upon defendant's attorney, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a true and correct copy of any document was mailed to defendant or counsel. Any paper received by a district judge or

magistrate judge which has not been filed with the clerk or which fails to include a certificate of service will be disregarded by the court.

It is further **ORDERED** that plaintiff shall inform the Court promptly of any changes in his address which may occur during the pendency of this lawsuit.

**IT IS SO ORDERED.**

Date: 8/22/12

Karen L. Litkovitz
United States Magistrate Judge