UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jimmie L. Washington,
    Plaintiff

v.                Case No.  1:12-cv-628

C/O John McCoy,
    Defendant

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 11, 2013 (Doc. 57).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motions for a temporary restraining order, to strike his motion to withdraw his motion for a temporary restraining order, to transfer, and for an order to show cause (Docs. 47, 50, 53, & 55) are all **DENIED**.

Date: September 16, 2013                s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Senior Judge
                                                          United States District Court